UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL WOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 19-cv-01533-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

    Plaintiff Crystal Wood last appeared in this case, through counsel, on July 10, 2019, when the Court granted her counsel's motion to withdraw. Dkt. No. 31. The motion to withdraw stated that Ms. Wood was "not communicating" with her former counsel. Dkt. No. 22. Since then, Ms. Wood failed to file a case management statement and did not appear at the August 28, 2019, case management conference despite a warning and reminder from the Court. Dkt. Nos. 31, 35, 38. The Court has twice warned Ms. Wood in writing that it might dismiss her case if she does not prosecute it. Dkt. Nos. 31, 35. Defendant Costco stated at the case management conference that it has not had any contact with Ms. Wood since her former counsel's last appearance. Costco moved to dismiss the case under Federal Rule of Civil Procedure 41(b). Under Rule 41(b), if a plaintiff fails to prosecute a case, a defendant may move to dismiss and the consequent dismissal "operates as an adjudication on the merits."

    Ms. Wood is hereby ORDERED TO SHOW CAUSE why this Court should not

dismiss her case with prejudice for failure to prosecute. Ms. Wood must indicate in writing, filed with the Court by **September 19, 2019,** that she intends to prosecute this case. If she fails to do so, the case will be dismissed with prejudice under Rule 41(b) and judgment will be entered for Costco.

The Court directs Ms. Wood to assistance for pro se litigants. The Federal Pro Se program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. It is located in Room 2070 of the San Jose United States Courthouse at 280 South 1st Street in San Jose, CA, 95113, and is available for drop-ins or by appointment Monday through Thursday, 9:00 a.m. – 4:00 p.m. and can be reached by phone at (408) 297-1480.

**IT IS SO ORDERED.**

Dated: August 29, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge