UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL WOOD,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

Case No. 19-cv-01533-NC

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court ordered plaintiff Crystal Wood to show cause why it should not dismiss her case with prejudice for failure to prosecute after her repeated missed deadlines and lack of contact with the Court or opposing counsel. Dkt. No. 40. The Court ordered Ms. Wood to indicate in writing by September 19, 2019, that she intends to prosecute this case. She did not do so. All parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). Dkt. Nos. 10, 12. Therefore, the Court hereby DIMSISSES this case with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: September 26, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge